IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LAUREN MORRIS,<br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br>    Defendant. | Civil No. 1:25-cv-00230-SJD-CMV<br><br>Judge Susan J. Dlott<br><br>Magistrate Judge Chelsey M. Vascura |

### ORDER GRANTING JOINT MOTION TO REMAND

Before the Court is the parties' joint motion to remand asking the Court to reverse the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remand the case to the Commissioner for further administrative proceedings. Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the parties' request for remand of this action for further proceedings, this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings.[1] See Shalala v. Schaefer, 509 U.S. 292 (1993).

Done this 7th day of January, 2026.

_Susan J. Dlott_

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.